IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DISTRICT AT KNOXVILLE

BRIAN HEISE and THERESE HEISE,　　　　　　　　　Civil Action No.: 3:15 cv 495

　　　　　Plaintiffs,

vs.

GREE ELECTRIC APPLIANCES, INC.
OF ZHUHAI; HONG KONG GREE ELECTRIC
APPLIANCES SALES LTD.; GREE USA, INC.,
MJC AMERICA, LTD. d/b/a SOLEUS
INTERNATIONAL INC.; MJC AMERICA
HOLDINGS CO., INC.; MJC SUPPLY, LLC; and
HOME DEPOT U.S.A., INC.,

　　　　　Defendants.

---

**RULE 7.1 DISCLOSURE OF DEFENDANT GREE USA, INC.**

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the defendant GREE USA, INC. submits its Rule 7.1 Disclosure. Upon information and belief, Gree Electrical Appliance, Inc. of Zhuhai owns 51% of Gree USA, Inc. and MJC America d/b/a Soleus International, Inc. owns 49% of Gree USA, Inc.

Dated: February 9th, 2016

Respectfully submitted,

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

By: /s/ *Craig R. Allen*
CRAIG R. ALLEN, BPR # 009088
BRAD A. FRASER, BPR # 20087
Attorneys For Defendants
Gree USA, Inc., MJC America Holdings Co., Inc.,
MJC Supply, LLC and Home Depot USA, Inc.
200 W. M.L. King Blvd., Suite 500
Chattanooga, Tennessee 37402
(423) 265-0214 – Telephone
(423) 266-5490 - Facsimile

## CERTIFICATE OF SERVICE

On February 9th, 2016, I certify that I served via this Court's system the foregoing *Rule 7.1 Disclosure of Defendant Gree USA, Inc.* upon all parties in interest receiving service via this Court's CM/ECF system.

By: /s/ *Craig R. Allen*
CRAIG R. ALLEN, BPR # 009088